IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| LYNDA BENNETT, | ) | 52 U.S.C. § 30122 |
| | ) | (Contributions in the Name of Another) |
| Defendant. | ) | |
| | ) | |
| | ) | |

## INFORMATION

The United States charges:

### Introduction

*Relevant Individuals and Entities*

1. Defendant LYNDA BENNETT was a resident of Haywood County, North Carolina and a candidate for the office of United States House Representative for North Carolina's 11th Congressional District, with a primary election on March 3, 2020, and a primary runoff election on June 23, 2020. Lynda Bennett for Congress ("LBC") was BENNETT's authorized federal campaign committee.

2. Individual A was BENNETT's relative.

*The Federal Election Campaign Act*

3. The Federal Election Campaign Act of 1971, as amended, Title 52, United States Code, § 30101, *et seq.* ("FECA"), imposed limitations on contributions to candidates and their authorized political committees with respect to any election for Federal office as follows:

   a. The FECA limited the amount and sources of money that may be contributed to a federal candidate or a federal candidate's authorized committee.

-2-

b.      For the 2019-2020 election cycle, the FECA limited primary and general election campaign contributions to $2,800 per election, for a total of $5,600, from any one individual to any one federal candidate.

## COUNT 1
**(Contributions in the Name of Another)**

5.      The allegations contained in Paragraphs 1 through 4 of this Information are realleged and incorporated herein by reference.

6.      On or about December 31, 2019, in the Western District of North Carolina and elsewhere, the defendant,

**LYNDA BENNETT**

on behalf of her campaign did knowingly and willfully accept a contribution made by one person, Individual A, which aggregated $25,000 in the calendar year 2019, in the name of another person.

(In violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(D)(i) and (d)(1)(A)(i)).

DATED: January __, 2023

_/s/ Matthew M. Graves/jrk_
MATTHEW M. GRAVES
United States Attorney

_/s/ Corey Amundson/mc_
COREY AMUNDSON
Chief, Public Integrity Section

Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar # 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

Ryan R. Crosswell
Trial Attorney
N.C. Bar # 36700
1301 New York Ave. NW
Washington, D.C. 20005
Office: 202-616-5699
Ryan.R.Crosswell@usdoj.gov