UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYNDA BENNETT,<br><br>*Defendant.* | Case No. 23-cr-030 (CRC) |

### Status Report

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits a status report. On January 27, 2023, an Information was filed charging Defendant Lynda Bennett with Contributions in the Name of Another, in violation of Title 52, United States Code, Section 30122. The Defendant has signed a plea agreement and statement of offense. The parties request that the Court set a hearing for the Defendant's initial appearance and change of plea.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
601 D Street, N.W.
Washington, D.C. 20539
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov