UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
NO. 1:23-cr-00030-CRC-1


UNITED STATES OF AMERICA

v.

LYNDA BENNETT,

       Defendant.


## APPEARANCE OF COUNSEL


TO:    The Clerk of Court and All Parties of Record

    I have been admitted *Pro Hac Vice* to practice in this court, and I appear in this case as

counsel for Defendant Lynda Bennett.

Dated: February 6, 2023


                          Respectfully submitted,

                          /s/Kearns Davis_____
                          Kearns Davis
                          N.C. Bar #22014
                          kdavis@brookspierce.com
                          Brooks, Pierce, McLendon, Humphrey &
                                Leonard
                          230 N. Elm Street, Suite 2000
                          Greensboro, NC 27401
                          (336) 271-3174

## CERTIFICATE OF SERVICE

I certify that the foregoing **APPEARANCE OF COUNSEL** was served upon the

following by electronic CM/ECF notification to:

Joshua Seth Rothstein
DOJ-CRM
Criminal Division
555 4th St NW
Washington, DC 20530
202-252-1900
Email: joshua.rothstein@usdoj.gov


This the 6th day of February, 2023.


/s/Kearns Davis_____
Kearns Davis
N.C. Bar #22014
kdavis@brookspierce.com
Brooks, Pierce, McLendon, Humphrey &
        Leonard
230 N. Elm Street, Suite 2000
Greensboro, NC 27401
(336) 271-3174